1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIEL LAWRENCE
BRUYN,

                Plaintiff,

        v.

CAROLYN W. COLVIN,[1]
Acting Commissioner of Social
Security,

            Defendant.

       Case No. CV 12-6842 JC

       JUDGMENT

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is AFFIRMED.

DATED:  March 18, 2013

                                     /s/

                       Honorable Jacqueline Chooljian
                       UNITED STATES MAGISTRATE JUDGE

---

     [1]Carolyn W. Colvin is substituted as Acting Commissioner of Social Security pursuant to
Fed. R. Civ. P. 25(d).