UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIEL LAWRENCE BRUYN, )  Case No. CV 12-6842 JC
)
              Plaintiff, )  JUDGMENT
)
        v. )
)
CAROLYN W. COLVIN,[1] )
Acting Commissioner of Social Security, )
)
           Defendant. )
————————————————— )

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED:  March 18, 2013

                                             /s/

                                Honorable Jacqueline Chooljian
                                UNITED STATES MAGISTRATE JUDGE

—————————————

    [1]Carolyn W. Colvin is substituted as Acting Commissioner of Social Security pursuant to Fed. R. Civ. P. 25(d).